454

JOSEPH KURTZ AND DAVID BUSCH, PLAINTIFFS-APPEL-
LANTS, v. BENJAMIN OREMLAND, PEARL OREMLAND,
DAVID LEWIS AND ALBERT M. GREENFIELD & CO.,
A CORPORATION OF NEW JERSEY, JOINTLY AND
SEVERALLY, DEFENDANTS-RESPONDENTS.

JOSEPH KURTZ AND DAVID BUSCH, PLAINTIFFS-APPEL-
LANTS, v. DUNN'S ENGLISH LEATHER SHOP, INC., A
CORPORATION OF NEW JERSEY, AND LOUIS W. DUNN
AND JESSIE R. DUNN, AND ALBERT M. GREENFIELD
& CO., A CORPORATION OF NEW JERSEY, JOINTLY
AND SEVERALLY, DEFENDANTS-RESPONDENTS.

Argued November 8 and 15, 1954—Decided November 22, 1954.

*Mr. Bernard Hellring* argued the cause for the appellants
(*Messrs. Greene & Hellring,* attorneys).

*Mr. David M. Perskie, Mr. William Elmer Brown, Jr.,* and
*Mr. Carl Kisselman* argued the cause for the respondents
(*Messrs. Perskie and Perskie,* and *Messrs. Brown and Frank,*
attorneys).

PER CURIAM. The judgment is affirmed for the reasons
expressed in the opinion of Judge Haneman in the court
below. 33 *N. J. Super.* 443 (*Ch. Div.* 1954).

*For affirmance*—Justices HEHER, OLIPHANT, WACHENFELD
and BURLING—4.

*For reversal*—Chief Justice VANDERBILT, and Justices
JACOBS and BRENNAN—3.